PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

      V.                                                            Crim. No.  04-00062-001

Marlene Henao

On April 27, 2004, the above named was placed on probation for a period of two years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation, upon the submission of required DNA sample.

Respectfully submitted,

Senior U.S. Probation Officer  
Edwin Vazquez

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _____ Day of _____, 20___.

United States District Judge